FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**COMPLAINT**

Hackman ~~Doyle~~ 770008240
(Last Name) (Identification Number)

Daryl Lowell
(First Name) (Middle Name)

Hinds County Detention Center
(Institution)

1450 County Farm Rd Jackson, Ms 39154
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 21 2016
ARTHUR JOHNSTON
BY ______ DEPUTY

V. CIVIL ACTION NUMBER: 3:16cv917-WHB-JCG
(to be completed by the Court)

Warden ~~Major~~ Mary Rushing, Capt. Travis Craig, Sheriff Victor Mason, five (5) unknown name(s), Hinds County Bead Deputies, Sued in their individual and official capacities
(Enter the full name of the defendant(s) in this action)

**GENERAL INFORMATION**

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (✓) No ( )

B. Are you presently incarcerated?
Yes (✓) No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( ) No (✓)

D. Are you presently incarcerated for a parole or probation violation?
Yes ( ) No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No (✓)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Daryl Lavell Hackman ~~Prisoner~~ Jacket Number: 68240

Address: 1450 County Farm Rd Jackson, Ms 39154

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: ~~Major~~ Warden Mary Bushing is employed as Warden at Hinds County ~~Detention~~ Detention Facility

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

| NAME: | ADDRESS: |
|---|---|
| Daryl Lavell Hackman | 1450 County Farm Rd Jackson, Ms 39154 |

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| Warden Mary Bushing | 1450 County Farm Rd Jackson, Ms 39154 |
| Capt. Travis Crain | 1450 County Farm Rd Jackson, MS 39154 |
| Sheriff Victor Mason | 407 East Pascagoula St Jackson Ms 39201 |
| Five(5) unknown names Hinds County Road Deputies | 407 East Pascagoula St Jackson Ms 39201 |

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No ( X )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action: __________

2. Court (if federal court, name the district; if state court, name the county): __________

3. Docket Number: __________

4. Name of judge to whom case was assigned: __________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) __________

CASE NUMBER 2.

1. Parties to the action: __________

2. Court (if federal court, name the district; if state court, name the county): __________

3. Docket Number: __________

4. Name of judge to whom case was assigned: __________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) __________

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

On or about the 28th day of September 2016, I, Daryl Hackman was told to exit Said Cell for the execution of a Shake-down of the Hinds County Sheriff, Sheriff Victor Mason and Several road deputies; my Cell-mate, kevin Williams did as we were told without hesitation; after Said deputies were done with our room Cell A3-5118, we were then called by Cell number to return back to Said Cell above; Upon during so, I was Stopped by one (1) a lieutenant on second shift for the road deputies that Stated: "Hey you come here you wanna hesitate to get up don't you,

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Award Compensatory damages jointly and Severally against all defendants in the amount of $20,000, also award punitive damages jointly and Severally against all defendants in the amount of $15,000, all for emotional, mental, and Physical injuries as well as Self humiliations.

Signed this 13th day of November, 20 16.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Daryl Hackman
Signature of plaintiff

and what the fuck you laughing for; he then told me to get facedown on my stomach, roll over on my back and stand up, repeatedly over & over Four (4) times; then I was told, "do a single push-up;" then I was told to walk back to my cell, on my way to the cell, the Lieut. ordered me to turn around and come back to the middle of the floor, after during so, I was ~~that~~ then told to get the fuck on my back and slide backwards to 5114, I did so on the filthy floor, upon making to said cell, I was told to stand up and turn around and I was shoved with tremendous force into the cell and resulted into me stumbling forward colliding intothe back wall of said cell but caught myself from falling; then after, I was surrounded by six (6) said Deputies, who then Questioned me about a pending charge I'm alleged in, I then told them my charge and after during so, I was then grabbed by my throat by one (1) of the six (6) said deputies while the other five (5) of six (6) said deputies punched me in the face repeatedly as the said deputy that grabbed my throat applied pressure to my throat simutaneously causing my blood/oxygen to stop circulating to my brain. While these said acts where taking place other Correctional Deputies looking on, including Captain Crain, Sheriff Victor Mason, and as well as the UnderSheriff; the Sheriff himself stated: "take him from out front of the camera into the room. Dont do nothing to him out here (day-room area)". My roommate, myself, and I speak for others who may be afraid to speak for themselves; Two (2) of the six (6) said deputies that were exiting said cell after one (1) strangled and the other five (5) beat on my person, they told my roommate what my alleged criminal charge is and told him to "handle that" as to beat me up as punishment. These said acts as a whole violates a multitude of my Constitutional Rights of this land not to mention State Laws as well! THE ACTS/ WACTS WERE DONE PROVOCATION.